UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jamar Lukman Smith
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

City of Yonkers (Police Dept.) 1st Precinct
Don Glo Towing
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

Amended
**COMPLAINT**
13CV5624

Jury Trial: ☐ Yes  ☒ No
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2013

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Jamar Smith
            Street Address  133 Curtis lane
            County, City  Westchester, Yonkers
            State & Zip Code  NY, 10710
            Telephone Number  914-318-6396

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name _City of Yonkers (Police Dept.) 1st Precinct_
                   Street Address _730 E. Grassy Sprain Rd._
                   County, City _Westchester, Yonkers_
                   State & Zip Code _NY_
                   Telephone Number _914-377-7374_

Defendant No. 2    Name _Don Glo Towing_
                   Street Address _179 Mclean Ave_
                   County, City _Westchester, Yonkers_
                   State & Zip Code _NY_
                   Telephone Number _914-968-6779_

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _28 U.S.C § 1391_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

Rev. 05/2010

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 133 Curtis lane, Yonkers NY 10710

B. What date and approximate time did the events giving rise to your claim(s) occur? 2/2/12 at 5:10pm

C. Facts: [What happened to you?] I was arrested and had my car illegally siezed. Upon my arrest my keys were taken away from me, and they (police) illegally went inside my house and found drugs which they charged me for, but also stole $16,000 which they never reported on the felony complaint.

[Who did what?] The arresting officer (Pete) took my keys and he told me that my mother gave consent to search the house while I was in booking. The felony complaint states the house was searched at "5:10", but that's impossible if she was not home until after 6:00pm (I have evidence to prove my case.)

[Was anyone else involved?] The arresting officer, the officers that helped with the search, Police Dept, and Don Glo Towing.

[Who else saw what happened?] Just my mother and I.

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The injuries sustained were mental. They (Police Dept.) put me in a complex situation which made it hard for me to function daily. I was forced to pay the car note and insurance even though I couldn't get my car back. They didn't release my school books to me which set me back academically. Verbal abuse from Don Glo Towing. Im in the process of seeing a psycotherapist due to the situation.

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I want my vehicle returned to me with all contents inside from the date/time it was taken away. Jewelry, sneakers, books etc...... (I have proof of purchase) I want my $16,000 they took from me. I also want $50,000 for pain and suffering. An apology as well._

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _23_ day of _Friday_, 20_13_.

Signature of Plaintiff _____

Mailing Address  _133 Curtis lane_
_Yonkers, NY, 10710_

Telephone Number  _914-318-6396_

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number  _____

Rev. 05/2010



| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Andres Smith | 743566869 | Jan 22 - Feb 21 | Feb 25, 2012 | **A9 of 27** |

## Call details

(914) 479-4955 (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 360 | 02/01 | 05:23 PM | 954-401-5156 | Incoming | WC/AU | 7:00 | |
| 361 | 02/01 | 05:31 PM | 954-534-6669 | HOLLYWOOD,FL | WC/AU | 1:00 | |
| 362 | 02/01 | 06:10 PM | 914-774-5259 | WHITE PLS,NY | WC/AU | 1:00 | |
| 363 | 02/01 | 06:12 PM | 914-774-5259 | Incoming | WC/AU | 1:00 | |
| 364 | 02/01 | 06:34 PM | 954-534-6669 | Incoming | WC/AU | 1:00 | |
| 365 | 02/01 | 07:44 PM | 954-534-6669 | HOLLYWOOD,FL | NW/WC/AU | 2:00 | |
| 366 | 02/01 | 07:46 PM | 954-534-6669 | HOLLYWOOD,FL | NW/WC/AU | 2:00 | |
| 367 | 02/01 | 10:53 PM | 347-793-7521 | BKLYN NYC,NY | NW/WC/AU | 4:00 | |
| 368 | 02/02 | 12:50 AM | 313-588-2158 | Incoming | NW/WC/AU | 1:00 | |
| 369 | 02/02 | 05:50 AM | 914-530-5249 | Incoming | NW/AU | 1:00 | |
| 370 | 02/02 | 10:19 AM | 914-774-5259 | WHITE PLS,NY | WC/AU | 2:00 | |
| 371 | 02/02 | 10:22 AM | 914-774-5259 | Incoming | WC/AU | 1:00 | |
| 372 | 02/02 | 10:28 AM | 914-846-2041 | Incoming | AU | 1:00 | |
| 373 | 02/02 | 10:30 AM | 954-534-6669 | HOLLYWOOD,FL | WC/AU | 2:00 | |
| 374 | 02/02 | 03:15 PM | 954-534-6669 | HOLLYWOOD,FL | WC/AU | 5:00 | |
| 375 | 02/02 | 03:20 PM | 914-774-5259 | WHITE PLS,NY | WC/AU | 1:00 | |
| 376 | 02/02 | 03:21 PM | 914-774-5259 | Incoming | WC/AU | 1:00 | |
| 377 | 02/02 | 03:36 PM | 914-433-1169 | YONKERS,NY | WC/AU | 1:00 | |
| 378 | 02/02 | 03:37 PM | 914-433-1169 | Incoming | WC/AU | 3:00 | |
| 379 | 02/02 | 03:39 PM | 914-709-0141 | Incoming | CW/AU | 3:00 | |
| 380 | 02/02 | 03:42 PM | 914-433-1169 | YONKERS,NY | WC/AU | 1:00 | |
| 381 | 02/02 | 04:07 PM | 914-763-6495 | SOUTHSALEM,NY | AU | 2:00 | |
| 382 | 02/02 | 04:33 PM | 347-784-6447 | Incoming | WC/AU | 4:00 | |
| 383 | 02/02 | 04:43 PM | 800-648-9605 | Incoming | AU | 11:00 | |
| 384 | 02/02 | 04:54 PM | 914-310-9962 | WHITE PLS,NY | WC/AU | 2:00 | |
| 385 | 02/02 | 05:08 PM | 914-433-1139 | YONKERS,NY | WC/AU | 1:00 | |
| 386 | 02/02 | 05:08 PM | 914-433-1169 | YONKERS,NY | WC/AU | 3:00 | |
| 387 | 02/02 | 05:18 PM | 347-859-9375 | BRONX NYC,NY | WC/AU | 1:00 | |
| 388 | 02/02 | 05:32 PM | 914-924-8286 | Incoming | WC/AU | 2:00 | |
| 389 | 02/02 | 06:01 PM | 313-588-2158 | Incoming | WC/AU | 1:00 | |
| 390 | 02/02 | 06:11 PM | 313-588-2158 | DETROIT,MI | WC/AU | 1:00 | |
| 391 | 02/02 | 06:11 PM | 313-588-2158 | DETROIT,MI | WC/AU | 1:00 | |
| 392 | 02/02 | 06:12 PM | 313-588-2158 | DETROIT,MI | WC/AU | 1:00 | |
| 393 | 02/02 | 06:13 PM | 313-588-2158 | DETROIT,MI | WC/AU | 1:00 | |
| 394 | 02/02 | 06:15 PM | 954-534-6669 | HOLLYWOOD,FL | WC/AU | 1:00 | |
| 395 | 02/02 | 06:18 PM | 313-588-2158 | DETROIT,MI | WC/AU | 2:00 | |
| 396 | 02/02 | 06:25 PM | 313-588-2158 | Incoming | WC/AU | 2:00 | |
| 397 | 02/02 | 06:27 PM | 313-588-2158 | Incoming | WC/AU | 2:00 | |
| 398 | 02/02 | 06:33 PM | 631-747-8703 | Incoming | WC/AU | 1:00 | |
| 399 | 02/02 | 06:34 PM | 631-747-8703 | BRENTWOOD,NY | WC/AU | 2:00 | |
| 400 | 02/02 | 06:35 PM | 631-747-8703 | BRENTWOOD,NY | WC/AU | 1:00 | |
| 401 | 02/02 | 06:36 PM | 631-747-8703 | BRENTWOOD,NY | WC/AU | 1:00 | |
| 402 | 02/02 | 06:55 PM | 313-588-2158 | Incoming | WC/AU | 4:00 | |
| 403 | 02/02 | 07:01 PM | 631-747-8703 | Incoming | NW/WC/AU | 3:00 | |
| 404 | 02/02 | 07:07 PM | 914-763-6495 | SOUTHSALEM,NY | NW/AU | 1:00 | |

WC-Any Mobile,Anytime     AU - Anytime/Plan Usage     NW - Night and Weekends     CW - Call Waiting

---

Exhibit A:

The highlighted area indicates the time and location of my mother around the time of my arrest. The "Felony Complaint" states the drugs were found at approximately "5:35pm". If the court will grant me a subpoena for video footage, I can prove her exact where abouts on that given date and time.

11⊢7

**CITY COURT**
**CITY OF YONKERS**
**COUNTY OF WESTCHESTER**

12 0696

FELONY COMPLAI[NT]

THE PEOPLE OF THE STATE OF NEW YORK
-against-

**JAMAR SMITH**   133 Curtis Lane Yonkers, NY 10710   03/12/1987                    Defendant(s)

Be it known that the complainant herein PO Alex DellaDonna, of the City of Yonkers Poli[ce] Department, Westchester County, New York, accuses the defendant(s) named above of t[he] following offense(s) committed at 133 Curtis Ave., City of Yonkers, New York at about February 2012 at approximately 5:35 PM

**COUNT ONE** : The Offense of CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE FIRST DEGREE, a violation of Penal Law PL2202101AF1
**COUNT TWO** : The Offense of CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE THIRD DEGREE, a violation of Penal Law PL2201601BF3

The Defendant(s) at the above date, time and place did knowingly and unlawfully possess one [or] more preparations, compounds, mixtures or substances containing a narcotic drug and sa[id] preparations, compounds, mixtures or substances are of an aggregate weight of eight ounces [or] more. The Defendant(s) at the above date, time and place did knowingly and unlawfully possess [a] narcotic drug with intent to sell it.

To wit: The defendant(s) at the above date, time and place, did knowingly and unlawfully posse[ss] with intent to sell a Nike shoe box in his bedroom closet floor containing 540 percocets, 67 ecsta[cy] pills, 71 roxicodone pills, 104 vicodin pills, 24 lunesta pills, 1 30 mg opanas, 71 xanax, 79 40 m[g] opanas, 18 5 mg oxycodones, 19 30 mg oxycodones, 3 1 mg xanax, (a total 1,006 pills) weighing a[n] aggregate of approximately eight ounces or more. Based on the weight and the quantity of t[he] narcotics, and your deponent's training and experience, the defendant evinced the intent to sell sam[e].

Your deponent's conclusion that the above substance is percocets, ecstacy, roxicodone, vicodi[n], lunesta, opanas, xanax, oxycodone consists in part on deponent's training and experience as a poli[ce] officer in the recognition of controlled substances including percocets, ecstacy, roxicodone, vicodi[n], lunesta, opanas, xanax, oxycodone.

The above allegation(s) of fact are made by the complainant herein on direct knowledge (and upo[n] information and belief), with the source(s) of complainant's information and the grounds for his or h[er] belief being police investigation.

**NOTICE: PURSUANT TO THE PENAL LAW, SECTION 210.45, IT IS A CRIME PUNISHABLE A[S] A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.**

| IMPOUNDED VEHICLE RELEASE FORM | YONKERS POLICE DEPARTMENT | UF-54A(12/99) |
|---|---|---|

| Incident # | Date | Time |
|---|---|---|
| 12-11411 | 2/2/12 | 1735 |

**Date and time vehicle released from Yonkers Police custody:** 5/21/13   2005 hrs

**Name and complete address of person vehicle was released to:** Jamar, Smith
133 Curtis Lane
Yonkers NY 10710

**Reason for release:** DA's release - proper paperwork

**Authority:** #132

**Full name and number of dispatcher notified:** #86

**Alarm has been canceled:** ☐ Yes   ☐ No

| Dispatcher notified by whom? | Date | Time |
|---|---|---|
| #132 | 5/21/13 | 8:00 p.m. |

**Full name of tow operator or agent notified:** Vanessa

| Tow operator notified by whom? | Date | Time |
|---|---|---|
| 132 | 5/21/13 | 800 p.m. |

| Make | Model | Plate | State | VIN |
|---|---|---|---|---|
| Lexus | 300 | FGZ3311 | NY | JTHBF30G930125751 |

**Remarks:**

**Signature of vehicle claimant:** X [signature]

**Desk officer:** PO Blusetti [signature]

**Supervisor:**

Distribution: original to vehicle claimant; copies to Records Division, Communications Division, and Command

377-6240

# CLAIM AGAINST THE CITY OF YONKERS
## PROPERTY DAMAGE OR LOSS

To the Corporation Counsel of the City of Yonkers: I herewith present my claim against the City of Yonkers for Property Damage

| Name of Property Owner | Last: Smith | | First: Jamar | Home Phone | Business Phone: 914.318.6396 |
|---|---|---|---|---|---|
| Address of Property Owner | Number & Street: 133 Curtis lane | City: yonkers | State: NY | Zip: 10710 | Damage Occurred: 2/2/12  Time: 5:35 p.m. |

Exact Location Where Damage Occurred: 133 Curtis lane

Describe Exactly How Damage Occurred:

## DESCRIPTION AND COST OF DAMAGE OR LOSS

**Property Description:**
My vehicle was unlawfully taken on 2/2/12 when I was arrested on seperate charges. My vehicle was released by the DA, but Don Glo Towing (on Mclean) wanted me to pay 16,995 on the day of the DA's release. I have property in the vehicle that wont be released to me and fear it might have been stolen. All appropriate documents will be attached.

**Damage Cost:**

## CERTIFICATION

Date: June 24, 2013    Signature of Claimant X _____

State of New York
County of _____  } ss:

Jamar Smith (Print Name) being duly sworn deposes and says that I have read the foregoing NOTE OF CLAIM and know the contents thereof; that the same is true to the best of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and to those matters, I believe it to be true.

Signature of Claimant X _____

IF CLAIM IS NOT SETTLED, YOU MUST START LEGAL ACTION WITHIN ONE YEAR AND NINETY (90) DAYS FROM DATE OF ACCIDENT

PATRICIA RENDON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RE6169293
Qualified in Bronx County
My Commission Expires June 25, 2015

Sworn to before me this 24 day of June 20 13
Signature of Notary _____

RECEIVED 2013 JUN 24 AM 11:34 CORPORATION COUNSEL YONKERS, N.Y.

## INSTRUCTIONS FOR FILING THIS CLAIM

This claim must be filed either in person or by registered mail within ninety (90) days from the date of damage at the Office of the Corporation Counsel, City Hall, Room 300, 40 South Broadway, New York 10701

## IMPORTANT — TO SPEED THE EVALUATION OF YOUR CLAIM

Attach Copies of:
- Itemized Statements of Estimate of Damage
- Itemized Paid Bills, Cancelled Checks, Etc., as Proof of Payment for Repair of Damage
- Photographs of Damage, if Available

Loan Servicing         P.O. Box 901098
                       FORT WORTH      TX   76101-                    

# Lien Release Affidavit

JAMAR SMITH
133 CURTIS LN
YONKERS NY           10710

Owner:     JAMAR SMITH
Year:      2003
Make:      LEXUS
Model:     ES 300
Vin No:    JTHBF30G930125751

I (we) hereby certify that the lien or encumbrances on the motor vehicle described above is hereby released, full payment to satisfy said lien having been received by   JPMorgan Chase Bank, N.A.

The said lien may be removed from said Certificate Of Title.

_____
Authorized Agent

Before me this day personally appeared the lienholder of authorized agent whose signature appears above, who by me duly sworn upon oath says the statements set forth above are true and correct.   APR 1 2 2013

Subscribed and sworn to before me this _____ day of _____

_____                              NOTARY SEAL
Notary Public State of  Texas
     Luis Camarillo
_____
Notary's Printed Name

_____
My Commission Expires

SMITH, JAMAR
133 CURTIS LANE
YONKERS          NY 10710

001466

# CERTIFICATE OF TITLE

## NEW YORK STATE

www.nysdmv.com

**\* \* LIENS \* \***

| Title and Identification No | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| JTHBF30G930125751 JTHBF30G930125751 | 2003 | LEXUS | 300 | 4DSD | 463414A |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4464 | GAS | 6 | USED | VEHICLE | 6/30/11 |

Name and Address of Owner(s)

ODOMETER READING:  55824
                                   55824
**ACTUAL MILEAGE**

SMITH, JAMAR
133 CURTIS LANE
YONKERS NY          10710

**VOID IF ALTERED**

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
JPMORGAN CHASE
BANK NA
PO BOX 901098
FORT WORTH    TX 76101

Lienholder
01

**\* ONE LIEN RECORDED \***

Lienholder

**\* ONE LIEN RECORDED \***

Lienholder

**\* ONE LIEN RECORDED \***

MV-999 (4/08)

## DEPARTMENT OF MOTOR VEHICLES





Loan Servicing        P.O. Box 901098
                      FORT WORTH TX    76101-

JAMAR SMITH                                    Account Number: 00518150462112
133 CURTIS LN
YONKERS NY            10710

Dear   JAMAR SMITH:

Please accept our congratulations on paying off the above referenced account.  We're writing to confirm that this loan, originated on May 3, 2011, has been paid in full on April 9, 2013.

This letter serves as your proof of payment in full.  Please retain this letter with your other documentation associated with this loan.

We appreciate your business as our customer and we're delighted to have helped you with the financing you needed.  In the future, please don't hesitate to call on us for ways to finance an education, home or vehicle, consolidate debt or prepare for retirement.  We hope that we will be your lender of choice for all your financial and banking needs.  For additional borrowing needs, call our Loan by Phone at 1-800-800-LOAN.

Your satisfaction is important to us. If you have any questions, please call us at 1-800-346-9670 and we'll be happy to assist you. Thank you for banking with us.

Sincerely,


Loan Customer Service




Member FDIC

PAID007

Civil Action

- Replevin
- Notice of Claim vs. Yonkers P.D. and Don Glo Towing
- Order To Show Cause:
- The vehicle was being held as "evidence" by the DA, but their weren't any drugs on me or in my vehicle upon my arrest.